FORM 1

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | | |
|---|---|---|
| GROBEST GLOBAL SERVICE INC.<br><br>v.<br><br>UNITED STATES OF AMERICA, | Plaintiff,<br><br><br>Defendant. | 20-03827<br><br><br><br>**SUMMONS** |

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. §1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



                                      **/s/ Mario Toscano**
                                      Clerk of the Court

| **PROTEST** | | | |
|---|---|---|---|
| Port of Entry: | See attached schedules | Date Protest Filed: | See attached schedule |
| Protest Number: | See attached schedule | Date Protest Denied: | See attached schedule |
| Importer: Grobest Global Service Inc. | | | |
| Category of Merchandise: Frozen tilapia fillets. | | | |

| **ENTRIES INVOLVED IN ABOVE PROTEST** | | | | | |
|---|---|---|---|---|---|
| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
| | | | | | |
| | | See attached schedule | | | |
| | | | | | |
| | | | | | |

| | |
|---|---|
| Port Director,<br><br>U.S. Customs & Border Protection<br>10 Causeway Street – Room 603<br>Boston, MA 02222 | <br><br>Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt LLP<br>599 Lexington Avenue, 36th floor<br>New York, New York 10022<br>RSeely@gdlsk.com<br>(212) 557-4000 |
| *Address of Customs Port in Which Protest Was Denied* | *Name, Address and Telephone Number of Plaintiff's Attorney* |

10820230_1

# CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| Frozen tilapia fillets | 0304.61.0000<br>9903.88.03 | 10% *ad valorem* | 0304.61.0000<br>9903.88.43 | Free |

| Other |
|---|
| State specifically the Decision [as Described in 19 U.S.C.§1514(a)] and the Protest Claim:<br>*Protests were filed under 19 U.S.C. 1514(a)(2),(3) and (5) to contest the assessment of 10 percent ad valorem duties on the subject merchandise pursuant to Section 301 of the Trade Act of 1974, 19 U.S.C. 2411 (the "Section 301 duties"). Plaintiff contests the assessment of 301 duties on the products covered by this action because they qualified for an exclusion from the Section 301 duties pursuant to subheading 9903.88.43.* |

The issue which was common to all such denied protests: whether the imported merchandise qualifies for classification in subheading 9903.88.43.

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in his behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

/s/ Robert F. Seely

Date: 11/07/2020

| PROTEST NUMBER | DATE PROTEST FILED | DATE PROTEST DENIED | ENTRY NUMBER | PORT | ENTRY DATE | LIQ DATE |
|---|---|---|---|---|---|---|
| 0401-20-101491 | 5/7/2020 | 5/12/2020 | 349-1008360-8 | 0401 | 5/1/2019 | 3/27/2020 |
| 0401-20-101490 | 5/7/2020 | 5/12/2020 | 349-1009266-6 | 0401 | 5/29/2020 | 4/24/2020 |
| 0401-20-101488 | 5/7/2020 | 5/12/2020 | 349-1005518-4 | 0401 | 12/19/2018 | 11/15/2019 |

**Port Director**
**U.S. Customs & Border Protection**
**10 Causeway Street – Room 603**
**Boston, MA 02222**

| PROTEST NUMBER | DATE PROTEST FILED | DATE PROTEST DENIED | ENTRY NUMBER | PORT | ENTRY DATE | LIQ DATE |
|---|---|---|---|---|---|---|
| 1803-20-100925 | 5/26/2020 | 8/12/2020 | 349-1005590-3 | 1803 | 1/2/2019 | 11/29/2019 |

**Port Director**
**U.S. Customs & Border Protection**
**10426 Alta Drive**
**Jacksonville, FL 32226**