UNITED STATES COURT OF INTERNATIONAL TRADE

_____
Grobest Global Service, Inc.,                      )
                                                   )
                                                   )
                                                   )
                          Plaintiff,               )          Court No. 20-03827
              v.                                   )
                                                   )
United States,                                     )
                                                   )
                          Defendant.               )
_____)

**NOTICE OF DISMISSAL**

    PLEASE TAKE NOTICE, that plaintiff, Grobest Global Service, Inc., through its
undersigned attorneys and pursuant to USCIT R. 41(a)(1)(A)(i), hereby dismisses this action.

                          Respectfully submitted,

                          GRUNFELD, DESIDERIO, LEBOWITZ
                          SILVERMAN & KLESTADT LLP
                          *Attorneys for Plaintiff*
                          599 Lexington Avenue, FL 36
Dated: October 6, 2022    New York, New York 10022
       New York, New York  Tel. (212) 557-4000
                          jspraragen@gdlsk.com

              By:    /s/ Joseph M. Spraragen
                     Joseph M. Spraragen

ORDER OF DISMISSAL

Court No. 20-03827, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

                          Clerk, United States Court of International Trade

Dated:                    By: _____