UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| Grobest Global Service, Inc., | ) |
| Plaintiff, | ) Court No. 20-03827 |
| v. | ) |
| United States, | ) |
| Defendant. | ) |

**NOTICE OF DISMISSAL**

PLEASE TAKE NOTICE, that plaintiff, Grobest Global Service, Inc., through its undersigned attorneys and pursuant to USCIT R. 41(a)(1)(A)(i), hereby dismisses this action.

Respectfully submitted,

GRUNFELD, DESIDERIO, LEBOWITZ
SILVERMAN & KLESTADT LLP
*Attorneys for Plaintiff*
599 Lexington Avenue, FL 36
New York, New York 10022
Tel. (212) 557-4000
jspraragen@gdlsk.com

Dated: October 6, 2022
New York, New York

By:   /s/ Joseph M. Spraragen
      Joseph M. Spraragen

ORDER OF DISMISSAL

Court No. 20-03827, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Clerk, United States Court of International Trade

Dated: October 6, 2022            By:  /s/ Steve Taronji